## Dorothy O. Thiess, Plaintiff-Appellant, v. Henry W. Thiess, Defendant-Appellee.

### Gen. No. 11,307. <span style="background:black"> </span>

Second District, Second Division.

December 30, 1959.

Released for publication January 15, 1960.

Samuel Saxon, for appellant. No appearance by appellee, and no briefs or abstracts filed. Opinion by JUSTICE CROW. Not to be published in full.